# AMF Incorporated
## Scehdule of Pending Bankrutpcy Cases of Affiliates

| Debtor | Case No. | Date Filed | District | Relationship | Judge |
|---|---|---|---|---|---|
| Genmar Holdings, Inc. | 09-43537 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Carver Italia, L.L.C. | 09-33773 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Carver Yachts International, L.L.C. | 09-33774 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Genmar Minnesota, Inc. | 09-33775 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Carver Industries, L.L.C. | 09-43538 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Genmar Florida, Inc. | 09-43539 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Genmar Industries, Inc. | 09-43540 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Genmar IP, L.L.C. | 09-43541 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Genmar Manufacturing of Kansas, Inc. | 09-43542 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Genmar Michigan, L.L.C. | 09-43543 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Genmar Tennessee, Inc. | 09-43544 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Genmar Transportation, Inc. | 09-43545 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Genmar Yacht Group, L.L.C. | 09-43546 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Marine Media, L.L.C. | 09-43547 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Minstar, L.L.C. | 09-43548 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Triumph Boats, Inc. | 09-43550 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Triumph Boat Rentals, L.L.C. | 09-43551 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| VEC Leasing Services, L.L.C. | 09-43552 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| VEC Management Co. L.L.C. | 09-43553 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| VEC Technology, Inc. | 09-43554 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Windsor Craft Yachts, L.L.C. | 09-43555 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |
| Wood Manufacturing Company, Inc. | 09-43556 | 6/1/2009 | Minnesota | Affiliate | Dennis D. O'Brien |